UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BYRON ROOT, #220344, ) | |
| Petitioner, ) | |
| ) | No. 1:18-cv-783 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| GREGORY SKIPPER, ) | |
| Respondent. ) | |
| ) | |

## JUDGMENT

The Court has resolved all pending claims.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 10, 2020                                              /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge